**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 97-7581**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JORGE MORERA,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CR-90-115, CA-97-119-R)

───────────────

Submitted:  July 2, 1998         Decided:  July 20, 1998

───────────────

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Howard M. Neu, HOWARD M. NEU, P.A., Pembroke Pines, Florida, for Appellant.  Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Morera</u>, Nos. CR-90-115, CA-97-119-R (W.D. Va. Oct. 16, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2